IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | * * * | |
| Plaintiff, | * | |
| vs. | * | No. 1:09cv0049 SWW |
| | * * | |
| COMPLETE VACUUM AND RENTAL, INC., | * * * | |
| Defendant. | * | |

## ORDER

The motion [doc.#16] of the Equal Employment Opportunity Commission (EEOC) to admit Markeisha K. Savage to appear and participate in this action as additional counsel for plaintiff EEOC is granted.

The Court notes that the EEOC moves pursuant to the provision of Local Rule 83.5(d) providing for special or limited admission pro hac vice. However, Ms. Savage's application states that she is an attorney with the EEOC and Local Rule 83.5(d) provides that "[t]he Rule shall not apply to any attorney for the United States appearing in his official capacity...." Thus to the extent Ms. Savage is appearing in her official capacity as an attorney for the EEOC, the EEOC's motion for admission to appear and participate in this action was unnecessary.

IT IS SO ORDERED this 18th day of May 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE